IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **JOSHUA HIGDON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:22-cv-02289-STA-jay |
| | ) |
| **AVTAR PAHAL and AGI TRANSPORT, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is Defendant Avtar Pahal's Agreed Order of Dismissal (ECF No. 14) filed on January 5, 2023. The Agreed Order of Dismissal appears to be a proposed order dismissing Plaintiff's claims in this case with prejudice pursuant to a settlement agreement between Plaintiff and Defendants, and it is signed by counsel for Plaintiff and Defendants. The Court will construe the Agreed Order of Dismissal as a Motion to Dismiss. For good cause shown, the Motion is **GRANTED**, and this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE
Date: January 6, 2023