UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **JOSHUA HIGDON,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **AVTAR PAHAL, ET AL.,** | CASE NO: 22-2289-STA-jay |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal entered on January 6, 2023, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/9/2023

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)  Deputy Clerk